The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COZEN O'CONNOR,<br><br>Plaintiff,<br><br>v.<br><br>STB, INC. d/b/a STB LIFESAVING TECHNOLOGIES, INC.; JODY BELLAR, an individual; RICHARD MOSCARELLO, an individual; and HAROLD GORLICK, an individual,<br><br>Defendants. | CASE NO. 2:17-cv-00139 RAJ<br><br>NOTICE OF APPEARANCE<br><br>[CLERK'S ACTION REQUIRED] |

TO: CLERK OF THE COURT;

AND TO: ALL PARTIES AND THEIR COUNSEL

PLEASE TAKE NOTICE that the appearance of Defendants Jody Bellar and Harold Gorlick, without waiving objections as to improper service, jurisdiction and venue, is hereby entered by the undersigned. Service of all further pleadings, notices, documents or other papers, exclusive of original process, may be had by serving counsel at the address below stated:

/ /

NOTICE OF APPEARANCE - 1
CASE NO. 2:17-cv-00139 RAJ

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

| | |
|---|---|
| 1 | Christopher T. Wion |
| 2 | Summit Law Group PLLC |
| | 315 Fifth Avenue So., Suite 1000 |
| 3 | Seattle, WA 98104-2682 |
| | Ph: (206) 676-7000 |
| 4 | Fax: (206) 676-7001 |
| | Email: *chrisw@summitlaw.com* |
| 5 | |

DATED this 24th day of February, 2017.

Respectfully submitted,

SUMMIT LAW GROUP PLLC
Attorneys for Defendants Jody Bellar and Harold Gorlick

By *s/ Christopher T. Wion*
Christopher T. Wion, WSBA #33207
Summit Law Group PLLC
315 Fifth Avenue So., Suite 1000
Seattle, WA 98104-2682
Ph: (206) 676-7000
Fax: (206) 676-7001
Email: *chrisw@summitlaw.com*

NOTICE OF APPEARANCE - 2
CASE NO. 2:17-cv-00139 RAJ

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Attorneys for Plaintiff*

Brendan Winslow-Nason
Rachael R. Wallace
Cozen O'Connor
999 Third Avenue, Suite 1900
Seattle, WA 98104
Email: *BWinslow-Nason@cozen.com*
       *RWallace@cozen.com*

DATED this 24th day of February, 2017.

      */s Katie Angelikis*
      Katie Angelikis, Legal Assistant

NOTICE OF APPEARANCE - 3
CASE NO. 2:17-cv-00139 RAJ

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001