THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COZEN O'CONNOR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STB, Inc. d/b/a STB LIFESAVING TECHNOLOGIES, INC.;<br><br>　　　　　Defendants. | **Case No.: 2:17-cv-00139-RAJ**<br><br>**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**<br><br>[*CLERK'S ACTION REQUIRED*] |

Plaintiff, Cozen O'Connor, requests that the Clerk of the Court enter an order of default against Defendant STB, Inc., d/b/a STB Lifesaving Technologies, Inc. ("STB"), pursuant to Federal Rule of Civil Procedure 55(a) and Local Civil Rule 55(a). This matter is a recovery action asserted by the Plaintiff to recover its fees for legal services rendered to STB.

On June, 13, 2017, Plaintiff filed a status report with the Court notifying it that STB had entered into a receivership proceeding filed in King County Superior Court under Cause No. 17-2-06030-5, and this matter was subsequently stated pending the outcome of the receivership action. On June 9, 2022, the state Court approved the receivership's final accounting and entered an Order terminating the case. On August 22, 2022, Plaintiff notified

PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT- 1
Case No. 2:17-cv-00139

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

this Court of the same and on September 9, 2022, this Court entered an Order lifting the stay. During this time, the Court contacted the parties of record and asked Mr. Jackson if he intended on filing a notice of appearance on behalf of the Defendant, however no response was received and the Defendant has failed to respond to the allegations contained in Plaintiff's Complaint.

In support of this request for an entry of default, Plaintiff relies upon the record in this case and the Declaration of its counsel submitted in support thereof, specifically showing that the defaulting party Defendant was served in a manner authorized by Federal Rule of Civil Procedure 4, yet it has failed to plead or otherwise defend against the judgment for affirmative relief sought by the Complaint in the above-captioned matter. This motion for default is noted for consideration on the day of its filing, pursuant to LCR 7(d)(1).

DATED this 14th day of October, 2022.

COZEN O'CONNOR

By: */s/ William H. Walsh*
William H. Walsh, WSBA No. 21911
Email: wwalsh@cozen.com
Cameron D. Young, WSBA No. 54232
Email: cdyoung@cozen.com
999 Third Avenue, Suite 1900
Seattle, WA 98104
Telephone: 206.340.1000
Facsimile: 206.621.8783

Attorneys for Plaintiff Cozen O'Connor

PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT- 2
Case No. 2:17-cv-00139

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

# CERTIFICATE OF SERVICE

The undersigned hereby certifies, under penalty of perjury under the laws of the State of Washington, that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the registered ECF recipients at their registered emails as follows:

**VIA ECF EMAIL NOTIFICATION**

Dillon E. Jackson, WSBA No. 1539
Law Office of Dillon E. Jackson PLLC

Phone: (206) 693-3605 or (206) 245-9801
Email: djlawpllc@gmail.com

*Attorneys for Defendant STB*

Kevin Hanchett, WSBA No. 16553
Resource Transition Consultants LLC
4100 194th Street SW, Suite 208
Lynnwood WA 98036
Phone: (425) 678-8162
Email: hanchett@rtcreceivers.com

*Attorneys for Receiver of STB*

DATED this 14th day of October, 2022.

COZEN O'CONNOR

By: /s/ Erin N. Gilbert
Erin N. Gilbert, Legal Assistant
999 Third Avenue, Suite 1900
Seattle, WA 98104
Telephone: 206.340.1000
Toll Free Phone: 800.423.1950
Facsimile: 206.621.8783

PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT- 3
Case No. 2:17-cv-00139

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000