THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

COZEN O'CONNOR,

   Plaintiff,

v.

STB, INC. d/b/a STB LIFESAVING TECHNOLOGIES, INC.,

   Defendant.

**CASE NO.: 2:17-CV-00139-RAJ**

**DECLARATION OF WILLIAM H. WALSH IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT**

NOTE ON MOTION CALENDAR: NOVEMBER 2, 2022

I, William H. Walsh, hereby declare as follows:

1. I am attorney of record for the Plaintiff, Cozen O'Connor in the above-entitled action, and I am familiar with the file, records and pleadings in this matter. I make this declaration based upon my personal knowledge in support of Plaintiff's Motion for Entry of Default Judgment.

2. Defendants Defendant STB, Inc. d/b/a STB Lifesaving Technologies, Inc., was served with the Summons and Complaint in the above-captioned matter, with the first date of service occurring on February 24, 2017.

3. On June, 13, 2017, Plaintiff filed a status report with the Court notifying it that STB had entered into a receivership proceeding filed in King County Superior Court under

DECLARATION OF WILLIAM H. WALSH IN SUPPORT OF
PLAINTIFF'S MOTION FOR DEFAULT - 1

Case No.: 17-cv-00139-RAJ

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 1900
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 340-1000

Cause No. 17-2-06030-5, and this matter was subsequently stated pending the outcome of the receivership action. On June 9, 2022, the state Court approved the receivership's final accounting and entered an Order terminating the case.

4. On August 22, 2022, Plaintiff notified this Court of the same and on September 9, 2022, this Court entered an Order lifting the stay. During this time, the Court contacted the parties of record and asked Mr. Jackson if he intended on filing a notice of appearance on behalf of the Defendant, however no response was received and the Defendant has failed to respond to the allegations contained in Plaintiff's Complaint.

5. Defendant has failed to plead or otherwise defend with regard to the plaintiff's judgment for affirmative relief as sought in this matter's Complaint.

DATED: October 14, 2022.

                                            */s/ William H. Walsh*
                                            William H. Walsh

DECLARATION OF WILLIAM H. WALSH IN SUPPORT OF
PLAINTIFF'S MOTION FOR DEFAULT - 2

Case No.: 17-cv-00139-RAJ

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 1900
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 340-1000

# CERTIFICATE OF SERVICE

The undersigned hereby certifies, under penalty of perjury under the laws of the State of Washington, that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the registered ECF recipients at their registered emails as follows:

**VIA ECF EMAIL NOTIFICATION**

Dillon E. Jackson, WSBA No. 1539
Law Office of Dillon E. Jackson PLLC

Phone: (206) 693-3605 or (206) 245-9801
Email: djlawpllc@gmail.com

*Attorneys for Defendant STB*

Kevin Hanchett, WSBA No. 16553
Resource Transition Consultants LLC
4100 194th Street SW, Suite 208
Lynnwood WA 98036
Phone: (425) 678-8162
Email: hanchett@rtcreceivers.com

*Attorneys for Receiver of STB*

DATED this 14th day of October, 2022.

        COZEN O'CONNOR

By:   */s/ Erin N. Gilbert*
      Erin N. Gilbert, Legal Assistant
      999 Third Avenue, Suite 1900
      Seattle, WA 98104
      Telephone: 206.340.1000
      Toll Free Phone: 800.423.1950
      Facsimile: 206.621.8783

DECLARATION OF WILLIAM H. WALSH IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT - 3

Case No.: 17-cv-00139-RAJ

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 1900
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 340-1000