# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| COZEN O'CONNOR,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>STB, INC., d/b/a STB Lifesaving Technologies, Inc.,<br><br>　　　　　　　Defendant. | Case No. 2:17-cv-00139-RAJ<br><br>CLERK'S ENTRY OF DEFAULT |

THIS MATTER is before the Court upon Plaintiff Cozen O'Connor's Motion for Default Against Defendant STB, Inc., d/b/a STB Lifesaving Technologies, Inc., and the supporting Declaration of William H. Walsh. Having considered the motion and supporting papers, as well as the pleadings and records in this matter, and Defendant STB, Inc. having failed to appear, answer, or otherwise respond to Plaintiff's complaint within the time provided by law, pursuant to Federal Rule of Civil Procedure 55(a), Defendant STB, Inc., d/b/a STB Lifesaving Technologies, Inc., is found to be in default.

DATED this 8th day of November, 2022.

　　　　　　　　　　　　　　　RAVI SUBRAMANIAN,
　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　　 /s/ Victoria Ericksen
　　　　　　　　　　　　　　　Deputy Clerk

CLERK'S ENTRY OF DEFAULT - 1